RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

MAR 19 2025
DANIEL J. McCOY, CLERK
BY:_____

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO.** |
| | * | **18 U.S.C. §111(a)(1)** |
| **VERSUS** | * | |
| | * | 1:25-cr-00062-01 |
| | * | Judge Edwards |
| **CARLOS GUZMAN-SORTO** | * | Magistrate Judge Perez-Montes |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1
### Assaulting, resisting, or impeding certain officers or employees
### 18 U.S.C. §111(a)(1)

On or about February 11, 2025, aboard a domestic flight scheduled to land in Alexandria, Louisiana, in the Western District of Louisiana, the defendant, CARLOS GUZMAN-SORTO, did forcibly assault, resist, oppose, impede, intimidate, and interfere with any person designated in 18 U.S.C. § 1114, to wit: Flight Security Officer K.M., Flight Security Officer C.S., Flight Security Officer R.R., and Flight Security Officer J.S., who were engaged in official duties and caused physical contact and inflicted bodily injury; in violation of Title 18, United States Code, Section 111(a)(1). [18 U.S.C. § 111(a)(1)].

A TRUE BILL

REDACTED

ALEXANDER C. VAN HOOK
Acting United States Attorney

_____
CRAIG R. BORDELON, II, La. Bar No. 34450
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, LA 70501
Telephone: (337) 262-6618